**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1243**

———————

In re:  DERRICK D. BOGER,

                    Petitioner.

———————

On Petition for Writ of Prohibition.

———————

Submitted:  April 17, 2015          Decided:  April 27, 2015

———————

Before KING, SHEDD, and KEENAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Derrick D. Boger, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick D. Boger petitions for a writ of prohibition seeking an order directing that the North Carolina prison facilities be given law libraries and/or legal assistance. A writ of prohibition "is a drastic and extraordinary remedy which should be granted only when the petitioner has shown his right to the writ to be clear and undisputable and that the actions of the court were a clear abuse of discretion." In re Vargas, 723 F.2d 1461, 1468 (10th Cir. 1983). A writ of prohibition may not be used as a substitute for appeal. Id..

Boger has not shown any basis for the relief he seeks. Accordingly, although we grant leave to proceed in forma pauperis, we deny the writ of prohibition and Boger's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2